UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Shatha Joja,

                        DEBTOR.

_____/

CHAPTER 13
CASE NO. 12-61847-PJS
JUDGE PHILLIP J. SHEFFERLY

**ORDER DISALLOWING THE PROOF OF CLAIM OF
INSOLVE RECOVERY, LLC (PACER CLAIM NO. 16-1)**

      This matter came on for hearing upon the Objection to Proof of Claim filed by the Chapter 13 Standing Trustee pursuant to L.B.R. 3007-1 (E.D.M.), the Objection having been served with the Notice of Objection to Claim in accordance with the local bankruptcy rules, the requisite time for a response having passed, no response to the Objection having been timely filed and served, and the Court being otherwise sufficiently advised in the premises;

      IT IS HEREBY ORDERED that the Proof of Claim filed on behalf of InSolve Recovery, LLC (PACER Claim No. 16-1) on December 6, 2012 in the amount of $10,411.85 is disallowed;

      IT IS HEREBY FURTHER ORDERED that to the extent that the Chapter 13 Standing Trustee has previously made disbursements to such Creditor, the Trustee shall not be obligated to recoup the same.

**Signed on February 20, 2013**

                                                /s/ Phillip J. Shefferly
                                                **Phillip J. Shefferly
United States Bankruptcy Judge**